IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 21-cv-05785 |
| | ) |
| ROIL ASSOCIATES, LLC, d/b/a | ) Judge Virginia M. Kendall |
| RENAISSANCE CHICAGO O'HARE | ) |
| SUITES HOTEL, | ) Magistrate Judge Beth W. Jantz |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant ROIL ASSOCIATES, LLC d/b/a RENAISSANCE CHICAGO O'HARE SUITES HOTEL, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | ROIL ASSOCIATES, LLC d/b/a RENAISSANCE CHICAGO O'HARE SUITES HOTEL |
| By: /s/ *Marshall J. Burt* | |
| Marshall J. Burt, Esq. | |
| The Burt Law Group, Ltd. | By: /s/*Elinor H. Murarova* |
| 77 W. Washington, Ste 1300 | Duane Morris, LLP |
| Chicago, IL 60602 | 190 S. LaSalle St., Ste 3700 |
| 312-419-1999 | Chicago, IL 60603 |
| Marshall@mjburtlaw.com | 312-499-6734 |
| | EHart@duanemorris.com |